**Alexander PERVYSHEV, Plaintiff—Appellant**

v.

**INC INTERORIENT NAVIGATION HAMBURG GMBH & CO. KG, Defendant—Appellee.**

No. 07–20884
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 13, 2008.

Lawrence Blake Jones, Scheuermann & Jones, New Orleans, LA, Robert John Diliberto, Diliberto & Kirin, Meatirie, LA, for Plaintiff–Appellant.

---

Robert L. Klawetter, Eastham, Watson, Dale & Forney, Houston, TX, David B. Lawton, Phelps Dunbar, New Orleans, LA, for Defendant–Appellee.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Alexander Pervyshev, a Russian citizen, signed an employment contract in Russia with INC Hamburg, a German corporation. Pervyshev agreed to work aboard the M/V Candock III, and Hamburg flew Pervyshev to Houston, Texas to board the ship. Pervyshev was injured while cargo was being unloaded from the Candock while docked at Barranquilla, Columbia. A Columbian company was operating the crane offloading the cargo.

The district court dismissed Pervyshev's claim on the basis that the court lacked personal jurisdiction over INC Hamburg. The district court, in its well stated Order and Judgment dated October 31, 2007, properly concluded that personal jurisdiction did not exist over INC Hamburg. We AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.